The Honorable Karen A. Overstreet
Chapter 13
Hearing Date: November 13, 2009
Hearing Time: 9:30 a.m.
Hearing Location: Seattle, WA
Response Date: November 6, 2009

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re | No. 09-10283-KAO |
|---|---|
| ROBERT S. BLENDHEIM and DARLENE G. BLENDHEIM, | ORDER ON OBJECTION TO CLAIM #1 OF LITTON LOAN SERVICING, L.P. |
| Debtors. | |

THIS MATTER having come before the Court on the Debtors' Objection to Claim No. 1 of Litton Loan Servicing, L.P., the Court having reviewed and considered the pleadings, declarations, exhibits, and other evidence on file herein, and the Court finding that good cause exists for entry of this order; now therefore, it is hereby

ORDERED that claim of Litton Loan Servicing, L.P. (Claim No. 1) is DISALLOWED in its entirety.

DATED this _____ day of November 2009.

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

ORDER ON OBJECTION TO CLAIM #1 OF
**LITTON LOAN SERVICING, L.P.** - 1



RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

Presented by:

RESOLVE LEGAL PLLC


By  */s/ Taryn M. Darling Hill*
     Taryn M. Darling Hill, WSBA #38276
Attorneys for Debtors

ORDER ON OBJECTION TO CLAIM #1 OF
**LITTON LOAN SERVICING, L.P.** - 2



720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com