Honorable Karen A. Overstreet<br>
Chapter 13<br>
Hearing Date: February 26, 2010<br>
Hearing Time: 9:30 a.m.<br>
Hearing Location: Courtroom 7206<br>
**Response Date: February 19, 2010**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br>ROBERT S. BLENDHEIM and<br>DARLENE G. BLENDHEIM,<br><br>Debtors. | No. 09-10283-KAO<br><br>ORDER APPROVING INTERIM<br>APPLICATION FOR COMPENSATION<br>OF ATTORNEYS' FEES AND<br>REIMBURSEMENT OF COSTS |

THIS MATTER having come on before the Court on the interim application of Resolve

Legal PLLC for an award of compensation herein; and the Court, pursuant to 11 U.S.C §330 and

Bankruptcy Rule 2016, the Court finding the fees excessive, as set forth below,

The Court finds the request for fees in the amount of $33,898.50 is excessive. The debtors are below median income debtors whose unsecured obligations were discharged in a chapter 7 proceeding immediately preceding the filing of this chapter 13 petition. The debtors have yet to confirm a plan, despite multiple attempts and thousands of dollars in fees incurred by Resolve. The billing statements reflect an excessive number of interoffice conferences between the numerous attorneys and paralegals working on the case. The numbers of individuals devoted to the case was excessive given the size of the case and the financial ability of the debtors to make plan payments. Significant excess fees were incurred in connection with legal research concerning noncomplicated legal issues, e.g., a motion to extend the time for filing schedules, the strip down of wholly unsecured liens, and the priority of homeowners dues and assessments. Substantial fees have been incurred in connection with the investigation of a predatory lending claim against one or more creditors, however, no such action has been filed.

For the foregoing reasons, the Court finds the fee application excessive, and that a reasonable award of fees for the services reflected in the billing statements submitted with the Resolve application is $10,000. Resolve may apply for additional fees upon a showing of the benefit of the services performed.

NOW, THEREFORE, it is hereby

ORDERED that Resolve Legal PLLC is allowed compensation from January 13, 2009 through January 13, 2010, in the amount of $10,000.

FURTHER ORDERED that the $2,774 held in trust for the Debtor by counsel shall be applied to the approved amount of $10,000.

FURTHER ORDERED that the Chapter 13 Trustee's office is directed to pay the remaining balance of $7,226 from funds on hand and future funds **following confirmation of the debtors' chapter 13 plan.**

FURTHER ORDERED that costs in the amount of $718.82 are approved

_Karen A. Overstreet_
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

RESOLVE LEGAL PLLC


By  _/s/ Taryn M. Darling Hill_
      Taryn M. Darling Hill, WSBA #38276
Attorneys for Debtors

ORDER APPROVING INTERIM APPLICATION FOR
COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT
OF COSTS - 2



RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com